IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANN WILSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 05–0006** |
| | : | |
| **JO ANNE B. BARNHART,** | : | |
| Commissioner of Social Security | : | |

## ORDER

**AND NOW**, this 29th day of December, 2005, upon consideration of the Plaintiff's Motion for Summary Judgement (Document No. 13), the defendant's Motion for Summary Judgment (Document No. 14), the parties' briefs, the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, the plaintiff's objections, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The plaintiff's objections are **OVERRULED;**

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The plaintiff's motion for summary judgment is **DENIED**;

4. The defendant's motion for summary judgment is **GRANTED**; and,

5. **JUDGMENT** is entered in favor of the defendant and against the plaintiff.

TIMOTHY J. SAVAGE,  J.